IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FSD PHARMA, INC.,**<br><br>*Petitioner,*<br><br>v.<br><br>**RAZA BOKHARI,**<br><br>*Respondent.* | Case No. 2:23-mc-0150-JDW |

### ORDER

**AND NOW**, this 29th day of May, 2024, upon consideration of Petitioner FSD Pharma, Inc.'s Petition To Confirm Arbitration Award (ECF No. 1) and Respondent Raza Bokhari's Cross Motion To Set Aside Arbitration Award (ECF No. 9) and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that FSD Pharma's Petition is **GRANTED** and Dr. Bokhari's Motion is **DENIED**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**